

Christ, P. J., Rabin and Benjamin, JJ., concur; Hopkins and Brennan, JJ., dissent and vote to affirm the judgment.

In the Matter of ANTONIO F. (ANONYMOUS), Respondent, v. JUDGES OF THE FAMILY COURT OF COUNTY OF KINGS, Appellants.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.

In the Matter of LESLIE I. LEVINE, Respondent, v. PAULA FIELD, Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Kleinfeld and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE AUGUSTINE, Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JAMES HENSLER, Also Known as WILLIAM THOMPSON, Appellant.—

Munder, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JAMES HENSLER, Also Known as WILLIAM THOMPSON, Appellant.—